ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/08/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Local Unions 20, 135, et al, <br>                Plaintiff <br> -against- <br> United Brotherhood, et al, <br>                Defendant | 1:97cv05538 (CSH) (THK) <br><br> **MINUTE ORDER PURSUANT TO MEMORANDUM FROM THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS, DATED JUNE 15TH, 1973** |

      The attached list of cases having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain these files as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for each case.

      Nothing contained in this minute order shall be considered a dismissal or disposition of these matters, and should further proceedings in them become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED:
DATED: New York, N.Y.
          June 1, 2010

                                                            _Loretta A. Preska_
                                                                 Chief Judge

MICROFILMED JUN - 8 2010 3:00 PM

# THREE YEAR OLD CASE LIST

| JUDGE | CASE NUMBER | PLAINTIFF | DEFENDANT | DATE FILED |
|---|---|---|---|---|
| Dolinger | 1:07cv02329 (MHD) | Ke, et al | Saigon Grill, Inc., et al | 03/21/2007 |
| Haight | 1:97cv05538 (CSH) (THK) | Local Unions 20, 135, et al | United Brotherhood, et al | 07/25/1997 |
| Jones | 1:05cv08212 (BSJ) (RLE) | Gottesman | United States of America | 09/23/2005 |
| Jones | 1:05cv09922 (BSJ) (JCF) | Jamie Music Publishing Co., et al | Roc-A-Fella Records, LLC, et al | 11/23/05 |
| Koeltl | 1:07cv02695 (JGK) | Allouf, et al | Oppenheimer Investment, AG, et al | 04/03/2007 |
| Koeltl | 1:06cv05103 (JGK) | Godfrey | Sinclair, et al | 07/05/2006 |
| Robinson | 7:04cv03356 (SCR) | Granite/Halmar Construction Co., Inc. | Building Material Teamsters Local 282, et al | 05/03/2004 |
| Swain | 1:07cv03597 (LTS) (JCF) | Columbia Pictures Industries, Inc., et al | Marvel Characters, Inc., et al | 05/04/2007 |
| Sweet | 1:07cv04061 (RWS) | Millennium, L.P. | Columbiasoft Corporation | 05/23/2007 |
| Sweet | 1:07cv03824 (RWS) | AWB Geneva S.A. | Spot on Shipping Limited, et al | 05/15/2007 |
| Sweet | 1:07cv03400 (RWS) | Stukes | USA | 04/30/2007 |
| Sweet | 1:07cv01052 (RWS) | Roberts | Walsh | 02/14/2007 |

1